UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

RYAN B. BOOKER,                )
                               )
         Petitioner,           ) Case No. CV 13-3288 AG (AJW)
                               )
     v.                        )
                               ) ORDER ACCEPTING REPORT AND
ELVIN VALENZUELA,              ) RECOMMENDATION OF
                               ) MAGISTRATE JUDGE
         Respondent.           )
_____)

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: June 29, 2015

_____
Andrew J. Guilford
United States District Judge