UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **RYAN B. BOOKER,** | ) | Case No. CV 13-3288-AG(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **ELGIN VALENZUELA,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: June 29, 2015

_____
Andrew J. Guilford
United States District Judge